JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HARRISON,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE IRVINE COMPANY LLC; THE ISLAND HOTEL NEWPORT BEACH LLC; THE RESORT AT PELICAN HILL LLC; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 8:18-cv-00713-JLS(GJSx)<br>Honorable Josephine L. Staton<br><br>**ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

| | |
|---|---|
| 1 | Upon consideration of the parties' Joint Stipulation to Remand Case to State |
| 2 | Court, it is hereby **ORDERED** that this action is **REMANDED** to the Superior |
| 3 | Court for the State of California, County of Orange, as Case No. 30-2018- |
| 4 | 00978745-CU-BT-CXC.  Each party shall bear his and their own costs and |
| 5 | attorneys' fees incurred in connection with the removal and remand of this action. |
| 6 | **IT IS SO ORDERED**. |

DATED: June 26, 2018

Hon. Josephine L. Staton
United States District Judge